UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RICKY ALLEN PRICE, JR. | ) | |
| | ) | |
| v. | ) | NO. 3:05-cv-108 |
| | ) | (Cr: 3:02-CR-160) |
| UNITED STATES OF AMERICA | ) | |

ORDER OF JUDGMENT

In accordance with the accompanying memorandum opinion, this *pro se* motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 is **DENIED**. Should Petitioner give timely notice of an appeal from this decision, such notice also will be taken as an application for a certificate of appealability, which is **DENIED** because he has failed to make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The Court also **CERTIFIES** that any appeal from this decision would not be taken in good faith.

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
   CLERK OF COURT